12682.  Sipple *v.* Seaboard Air-Line Railway Company.

Bell, J.  The affirmance by this court of the nonsuit having been reversed by the Supreme Court (154 *Ga.* 376, 114 S. E. 435), it results that the judgment of affirmance by this court must be vacated ' and that the judgment of the trial court in nonsuiting the plaintiff must be reversed.  The opinion of this court rendered in this case on December 14, 1921 (28 *Ga. App.* 16, 110 S. E. 39), is withdrawn and the opinion of the Supreme Court is adopted in lieu thereof.

*Judgment reversed. Jenkins, P. J., and Stephens, J., concur.*

Decided December 20, 1922.

Action for damages; from city court of Savannah — Judge Freeman. · June 29, 1921.

*McIntire, Walsh & Bernstein,* for plaintiffs.

*Anderson, Cann & Cann,* for defendant.

---

13254.  Farmers Union Warehouse of Metter *v.* Boyd.

Bell, J.  The special grounds of the motion for a new trial are but amplifications of the general grounds of the motion;  and, there being some evidence to support the verdict, it was not contrary to law, and there was no error in the judgment of the trial court overruling the motion.   *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

Decided December 20, 1922.

Action for damages;  from Candler superior court — Judge Hardeman.  December 22, 1921.

*J. L. Brown, Kirkland & Kirkland, Fred. T. Lanier,* for plaintiff in error.

*Lanier, Deal & Renfroe, C. W. Turner,* contra.